JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pestmaster Services, Inc., a California corporation, and Jeffrey M. Van Diepen, an individual,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>Travelers Casualty and Surety Company of America, a Connecticut corporation,<br><br>　　　　Defendant. | Case No. **CV 13-5039-JFW (MRWx)**<br><br>**JUDGMENT** |

　　On July 29, 2013, the parties stipulated to dismiss Plaintiff Jeffrey M. Van Diepen's ("Van Diepen") fifth cause of action for negligent infliction of emotional distress, and that claim was dismissed.

　　On September 10, 2013, the Court entered an Order granting Defendant Travelers Casualty and Surety Company of America's ("Travelers") motion to dismiss, and dismissed Plaintiff Pestmaster Services, Inc.'s ("Pestmaster") third cause of action for violation of California Business & Professions Code § 17200 and Plaintiff Van Diepen's fourth

cause of action for intentional infliction of emotional distress.

On July 17, 2014, the Court entered an Order granting Defendant Travelers' motion for summary judgment as to Pestmaster's first cause of action for breach of the implied covenant of good faith and fair dealing, second cause of action for breach of contract, and sixth cause of action for declaratory relief.

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1.   Plaintiffs Pestmaster and Van Diepen (collectively, "Plaintiffs") shall recover nothing by way of their Complaint;

2.   Defendant Travelers shall have judgment in its favor on Plaintiffs' entire action; and

3.   Defendant Travelers shall recover from Plaintiffs its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: July 17, 2014            _____
                                JOHN F. WALTER
                                UNITED STATES DISTRICT JUDGE