**WEST CORZINE, LLP**
Ian Corzine, Esq. (State Bar No. 199642)
400 West Ventura Blvd., Ste. 205
Camarillo, California 93010-9141
Tel.: (805) 388-5887
Fax: (805) 384-1518
E-mail: icorzine@westcorzinelaw.com

Attorneys for Plaintiff, PESTMASTER SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PESTMASTER SERVICES, INC., a California Corporation, and JEFFREY M. VAN DIEPEN, and Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 2:13-cv-05039-JFW (MRW)<br><br>*Hon. John F. Walter – Ctrm. 16*<br>Action Filed: June 11, 2013<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT:**

Plaintiff PESTMASTER SERVICES, INC. ("Pestmaster") hereby submits this Notice of Settlement to notify the Court that the above-referenced action has been settled, and to request 30 days in which to file the dismissal.

/ / /

/ / /

**Settlement Terms Summary**

- In exchange for dismissal of the action with prejudice, defendant TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") agrees to pay Pestmaster the sum of $10,000.00 within 30 days after receipt of a fully executed written settlement agreement.
- The parties give each other a mutual release for all claims arising out of the subject matter of the lawsuit and Wrap + Policy No. 105217626 and Wrap + Policy No. 105726762.
- Both parties waive their rights under California Civil Code § 1542.
- No party admits liability in the matter.
- Each party shall bear their own attorney fees and costs.

**GOOD CAUSE EXISTS** for not immediately dismissing the matter because Travelers needs 30 days to issue the settlement check, and this 30-day begins to run upon receipt of a fully executed agreement. The settlement agreement has been finalized and is out for party signatures now. Pestmaster estimates that its President will have the signed copy to its counsel by tomorrow, Friday, October 14, 2016.

**WEST CORZINE, LLP**

Dated: October 13, 2016 By: ______________________
IAN CORZINE, ESQ.
Attorney for Plaintiff, PESTMASTER SERVICES, INC.