**WEST CORZINE, LLP**
Ian Corzine, Esq. (State Bar No. 199642)
400 West Ventura Blvd., Ste. 205
Camarillo, California 93010-9141
Tel.: (805) 388-5887
Fax: (805) 384-1518
E-mail: icorzine@westcorzinelaw.com

Attorneys for Plaintiff, PESTMASTER SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PESTMASTER SERVICES, INC., a California Corporation, and JEFFREY M. VAN DIEPEN, and Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut Corporation, and DOES 1 to 50, Inclusive,<br><br>Defendants. | Case No. 2:13-cv-05039-JFW (MRW)<br><br>*Hon. John F. Walter – Ctrm. 7A*<br>Action Filed: June 11, 2013<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff, PESTMASTER SERVICES, INC. and Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, through their respective counsel, hereby stipulate as follows:

1. The entire action as set forth above is dismissed in its entirety with prejudice;
2. Each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

**WEST CORZINE, LLP**

Dated: November 10, 2016 By: /s/ Ian Corzine .
Ian Corzine, Esq.
Attorney for Plaintiff, PESTMASTER SERVICES, INC.

**ANDERSON, McPHARLIN & CONNERS LLP**

Dated: November 10, 2016 By: /s/ Kenneth D. Watnick .
Kenneth D. Watnick, Esq.
Attorney for Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA